**NOT FOR PUBLICATION**  **CASE CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN D. WEST, JR., | Civil Action No. 07-01009 (SDW) |
| Plaintiff, |  |
| v. | **ORDER** |
| THE CITY OF NEWARK, |  |
|  | October 31, 2007 |
| Defendant. |  |

For the reasons set forth in this Court's Opinion of October 31, 2007,

It is on this 31st day of October 2007,

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall remove this case from the Court's active docket.

s/Susan D. Wigenton, U.S.D.J.

cc: Madeline Cox Arleo, U.S.M.J.

1